# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER DON PENNINGTON
ADC #149290                                                    PLAINTIFF

v.                          No. 1:19-cv-49-DPM

LOMAN JOHNSON, Captain, Food Prep
Supervisor, ADC Grimes Unit; and
LARRY BAILEY, Maintenance
Coordinator, Grimes Unit                                       DEFENDANTS

## ORDER

On *de novo* review, the Court declines the recommendation, № 11, and sustains Pennington's objections, № 12. FED. R. CIV. P. 72(b)(3). The recommendation is correct: Pennington's second amended complaint didn't include enough facts to state a claim against Johnson or Bailey. But in his objections, Pennington says that although other inmates and several ADC employees told Johnson and Bailey about the hazardous power outlet in the months leading up to Pennington's injury, both defendants failed to act on that information. Read together, the second amended complaint and objections state a plausible deliberate indifference claim against Johnson and Bailey. The Court therefore returns this case to the Magistrate Judge for service on that claim.

A warning: In the future, Pennington must include all the facts and arguments he wants to put forward in his initial filing, rather than waiting to raise them in an objection.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2019