IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHRISTOPHER DON PENNINGTON
ADC #149290                                                PLAINTIFF

v.                      No. 1:19-cv-49-DPM

LOMAN JOHNSON, Captain, Food Prep
Supervisor, ADC Grimes Unit;  and
LARRY BAILEY, Maintenance
Coordinator, Grimes Unit                                   DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 31*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 25*, granted. Pennington's remaining claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2020