IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHRISTOPHER DON PENNINGTON
ADC #149290                                                                PLAINTIFF

v.                              No. 1:19-cv-49-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction Central Office;
LOMAN JOHNSON, Captain, Food Prep
Supervisor, ADC Grimes Unit;   and
LARRY BAILEY, Maintenance
Coordinator, Grimes Unit                                                   DEFENDANTS

## JUDGMENT

Pennington's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2020